UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN ZELVIN,

                Plaintiff,

-v-                                    CIVIL ACTION NO. 23 Civ. 11073 (JHR) (SLC)

EZCONTACTS.COM, LLC,              **ORDER TO INITIATE DEFAULT PROCEEDINGS**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The Complaint in this action was served on April 8, 2024, with Defendant's Answer due on April 29, 2024. (ECF No. 10; <u>see</u> Fed. R. Civ. P. 12 (a)(1)(A)(i)). No Answer having been filed on the docket, Plaintiff is hereby ORDERED to request a Certificate of Default from the Clerk of Court by **May 7, 2024** and to file a Motion for Default Judgment in accordance with the Individual Practices of the Honorable Jennifer H. Rearden, Rule 55 of the Federal Rules of Civil Procedure, and S.D.N.Y. Local Rule 55 by no later than **May 21, 2024**.

Dated:      New York, New York
              April 30, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**