UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNN ZELVIN,

                Plaintiff,

  -v-                                 CIVIL ACTION NO. 23 Civ. 11073 (JHR) (SLC)

EZCONTACTS.COM, LLC,                **ORDER**

                Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

On April 30, 2024, the Court directed Plaintiff to initiate default proceedings against Defendant. (ECF No. 11). Pursuant to the April 30 Order, Plaintiff was required to request a Certificate of Default from the Clerk of Court by May 7, 2024 and to file a Motion for Default Judgment by May 21, 2024. (Id.). Although Plaintiff timely requested a Certificate of Default, (see ECF No. 12), he has failed to file a Motion for Default Judgment by the Court-ordered deadline. As a one-time courtesy, the Court sua sponte extends this deadline and directs Plaintiff to file a Motion for Default Judgment by **Friday, May 31, 2024**. Plaintiff is warned that a failure to comply with this directive may result in a recommendation that this action be dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

Dated:      New York, New York
             May 24, 2024

                                                        SO ORDERED.

                                                        _____
                                                        **SARAH L. CAVE**
                                                        **United States Magistrate Judge**