UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Lynn Zelvin,<br><br>                    Plaintiff,<br><br>              -v.-<br><br>Ezcontacts.com, LLC,<br><br>                    Defendant. | 23 Civ. 11073 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    Plaintiff's motion for a default judgment, ECF No. 16, is hereby GRANTED.  The case is referred to the designated Magistrate Judge, Judge Sarah L. Cave, for an inquest on damages pursuant to Fed. R. Civ. P. 55(b)(2).

    The Clerk of Court is directed to terminate ECF No. 16.

    SO ORDERED.

Dated: June 13, 2025
       New York, New York

*Jennifer H. Rearden*
JENNIFER H. REARDEN
United States District Judge